1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARDEN EARL STARK,                      No.  2:18-cv-0534 KJN P

12                Petitioner,

13        v.                                ORDER

14   SCOTT FRAUENHEIM, Warden,

15                Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  In his

19   application, petitioner challenges a conviction issued by the Kings County Superior Court.  Kings

20   County is part of the Fresno Division of the United States District Court for the Eastern District of

21   California.  See Local Rule 120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court

25   will not rule on petitioner's request to proceed in forma pauperis.

26        Good cause appearing, IT IS HEREBY ORDERED that:

27        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

28        2.  This action is transferred to the United States District Court for the Eastern District of

1   California sitting in Fresno; and

2         3.  All future filings shall reference the new Fresno case number assigned and shall be

3   filed at:

4                        United States District Court
                         Eastern District of California
5                        2500 Tulare Street
                         Fresno, CA 93721

6

7   Dated:  March 23, 2018

8

9                                              _____
                                               KENDALL J. NEWMAN
10  star0534.109                               UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28